# Exhibit 1

Exhibit I
pg. 1

| Investigation Number | Item Number | Property Description |
|---|---|---|
| 24-04606 | 378 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY029428 |
| 24-04606 | 379 | Firearm; Manufacturer: KIMBER; Model: ULT CRIMSON CARRY II; Caliber: 45; Type: PISTOL; S/N: KU198864 |
| 24-04606 | 380 | Firearm; Manufacturer: COLT; Model: 1911; Caliber: 45; Type: PISTOL; S/N: CP26599 |
| 24-04606 | 381 | Firearm; Manufacturer: F.N. (FN HERSTAL); Model: FNX45; Caliber: 45; Type: PISTOL; S/N: FX3U067566 |
| 24-04606 | 382 | Firearm; Manufacturer: KIMBER; Model: STAINLESS II; Caliber: 45; Type: PISTOL; S/N: K148118 |
| 24-04606 | 383 | Firearm; Manufacturer: RUGER; Model: SR1911; Caliber: 45; Type: PISTOL; S/N: 673-40098 |
| 24-04606 | 384 | Firearm; Manufacturer: COLT; Model: KING COBRA; Caliber: 357; Type: REVOLVER; S/N: RA271742 |
| 24-04606 | 385 | Firearm; Manufacturer: SMITH & WESSON; Model: HIGHWAY PATROLMAN; Caliber: 357; Type: REVOLVER; S/N: S228472 |
| 24-04606 | 386 | Firearm; Manufacturer: SMITH & WESSON; Model: HIGHWAY PATROLMAN; Caliber: 357; Type: REVOLVER; S/N: N581381 |
| 24-04606 | 387 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY238172 |
| 24-04606 | 388 | Firearm; Manufacturer: FNH USA, LLC; Model: FNX-40; Caliber: 40; Type: PISTOL; S/N: FX2U041653 |
| 24-04606 | 389 | Firearm; Manufacturer: SMITH & WESSON; Model: Airlite; Caliber: 44; Type: REVOLVER; S/N: CHF5911 |
| 24-04606 | 390 | Firearm; Manufacturer: SIG-SAUER; Model: SP2022; Caliber: 9; Type: PISTOL; S/N: 24B371172 |
| 24-04606 | 392 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY027091 |
| 24-04606 | 393 | Firearm; Manufacturer: SMITH & WESSON; Model: 686-6; Caliber: 357; Type: REVOLVER; S/N: CYF2810 |
| 24-04606 | 396 | Firearm; Manufacturer: FNH USA, LLC; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0356554 |
| 24-04606 | 397 | Firearm; Manufacturer: DERYA ARMS (DERYA SILAH SANAYI); Model: MERIVA; Caliber: 12; Type: SHOTGUN; S/N: R006126 |
| 24-04606 | 399 | Firearm; Manufacturer: WINCHESTER; Model: 70; Caliber: 270; Type: RIFLE; S/N: G2426037 |
| 24-04606 | 400 | Firearm; Manufacturer: Unknown Manufacturer; Model: 1911; Caliber: 45; Type: PISTOL; S/N: 54B150354 |
| 24-04606 | 402 | Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV030142 |
| 24-04606 | 403 | Firearm; Manufacturer: SMITH & WESSON; Model: 686-6; Caliber: 357; Type: REVOLVER; S/N: DPM0227 |
| 24-04606 | 404 | Firearm; Manufacturer: COLT; Model: COMPETITION E. WHTNY; Caliber: 45; Type: PISTOL; S/N: CCS026350 |
| 24-04606 | 405 | Firearm; Manufacturer: COLT; Model: ANACONDA; Caliber: 44; Type: REVOLVER; S/N: AC232301 |
| 24-04606 | 406 | Firearm; Manufacturer: SMITH & WESSON; Model: 686 COMBAT MAGNUM; Caliber: 357; Type: REVOLVER; S/N: BRR1G31 |
| 24-04606 | 407 | Firearm; Manufacturer: Unknown Manufacturer; Model: 1911; Caliber: 45; Type: PISTOL; S/N: 54E015905 |
| 24-04606 | 408 | Firearm; Manufacturer: Unknown Manufacturer; Model: Camp Guard 10; Caliber: 10; Type: PISTOL; S/N: KF68780 |
| 24-04606 | 409 | Firearm; Manufacturer: HECKLER AND KOCH; Model: USP40 COMPACT; Caliber: 40; Type: PISTOL; S/N: 26-023609 |
| 24-04606 | 411 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: 1911; Caliber: 45; Type: PISTOL; S/N: 54A058551 |
| 24-04606 | 412 | Firearm; Manufacturer: Unknown Manufacturer; Model: XD45; Caliber: 45; Type: PISTOL; S/N: MG661795 |

Exhibit 1 pg 2

| | | |
|---|---|---|
| 24-04606 | 413 | Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 21-025189 |
| 24-04606 | 417 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P365; Caliber: 9; Type: PISTOL; S/N: 66F341667 |
| 24-04606 | 418 | Firearm; Manufacturer: Unknown Manufacturer; Model: Python; Caliber: 357; Type: REVOLVER; S/N: PY221620 |
| 24-04606 | 419 | Firearm; Manufacturer: Unknown Manufacturer; Model: 75 B; Caliber: 9; Type: PISTOL; S/N: C328729 |
| 24-04606 | 420 | Firearm; Manufacturer: Unknown Manufacturer; Model: Python; Caliber: 357; Type: REVOLVER; S/N: PY020287 |
| 24-04606 | 421 | Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: PMR-30 NRA; Caliber: 22; Type: PISTOL; S/N: WUQ03 |
| 24-04606 | 422 | Firearm; Manufacturer: HENRY REPEATING RIFLE COMPANY; Model: H001 LEVER ACTION; Caliber: 22; Type: RIFLE; S/N: 1045272H |
| 24-04606 | 423 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: SIG M400; Caliber: MULTI; Type: RIFLE; S/N: 20L123198 |
| 24-04606 | 424 | Firearm; Manufacturer: HENRY REPEATING RIFLE COMPANY; Model: H001 LEVER ACTION; Caliber: 22; Type: RIFLE; S/N: M153019H |
| 24-04606 | 425 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: 1911; Caliber: 45; Type: PISTOL; S/N: 54B037847 |
| 24-04606 | 428 | Firearm; Manufacturer: RUGER; Model: REDHAWK; Caliber: 44; Type: REVOLVER; S/N: 50413905 |
| 24-04606 | 429 | Firearm; Manufacturer: SIG-SAUER; Model: P220; Caliber: 9; Type: PISTOL; S/N: 37A042145 |
| 24-04606 | 430 | Firearm; Manufacturer: Unknown Manufacturer; Model: USP; Caliber: 40; Type: PISTOL; S/N: 22-41980 |
| 24-04606 | 431 | Firearm; Manufacturer: Unknown Manufacturer; Model: Competition Series; Caliber: 45; Type: PISTOL; S/N: SCC014585 |
| 24-04606 | 432 | Firearm; Manufacturer: Unknown Manufacturer; Model: 19-3; Caliber: 357; Type: REVOLVER; S/N: 4K26373 |
| 24-04606 | 433 | Firearm; Manufacturer: Unknown Manufacturer; Model: 629-6; Caliber: 44; Type: REVOLVER; S/N: CHK9030 |
| 24-04606 | 434 | Firearm; Manufacturer: Unknown Manufacturer; Model: 686-7; Caliber: 357; Type: REVOLVER; S/N: DMF8015 |
| 24-04606 | 436 | Firearm; Manufacturer: COLT; Model: ANACONDA; Caliber: 44; Type: REVOLVER; S/N: AC001954 |
| 24-04606 | 437 | Firearm; Manufacturer: Unknown Manufacturer; Model: Government Model; Caliber: 45; Type: PISTOL; S/N: CV42337 |
| 24-04606 | 438 | Firearm; Manufacturer: GLOCK INC.; Model: 19GEN5; Caliber: 9; Type: PISTOL; S/N: BHCP658 |
| 24-04606 | 439 | Firearm; Manufacturer: GLOCK INC.; Model: 19GEN5; Caliber: 9; Type: PISTOL; S/N: BHCP657 |
| 24-04606 | 441 | Firearm; Manufacturer: GLOCK INC.; Model: 21GEN4; Caliber: 45; Type: PISTOL; S/N: BKFU934 |
| 24-04606 | 442 | Firearm; Manufacturer: GLOCK INC.; Model: 23GEN4; Caliber: 40; Type: PISTOL; S/N: BCXU885 |
| 24-04606 | 444 | Firearm; Manufacturer: SIG-SAUER; Model: P220 ELITE; Caliber: 45; Type: PISTOL; S/N: 37B053357 |
| 24-04606 | 445 | Firearm; Manufacturer: Unknown Manufacturer; Model: CTG; Caliber: 357; Type: REVOLVER; S/N: 135414 |
| 24-04606 | 446 | Firearm; Manufacturer: COLT; Model: KING COBRA; Caliber: 357; Type: REVOLVER; S/N: RA287416 |
| 24-04606 | 447 | Firearm; Manufacturer: Unknown Manufacturer; Model: 66; Caliber: 357; Type: REVOLVER; S/N: 9K37318 |
| 24-04606 | 448 | Firearm; Manufacturer: GLOCK INC.; Model: 27GEN4; Caliber: 40; Type: PISTOL; S/N: XRC968 |
| 24-04606 | 449 | Firearm; Manufacturer: GLOCK GMBH; Model: 29GEN4; Caliber: 10; Type: PISTOL; S/N: BWTU960 |
| 24-04606 | 450 | Firearm; Manufacturer: HECKLER AND KOCH; Model: VP9 SK; Caliber: 9; Type: PISTOL; S/N: 232080146 |

Exhibit 1
Pg 3

| | | |
|---|---|---|
| 24-04606 | 451 | Firearm; Manufacturer: FNH USA, LLC; Model: 545 TACTICAL; Caliber: 45; Type: PISTOL; S/N: TAR3105 |
| 24-04606 | 452 | Firearm; Manufacturer: ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM); Model: XTM-22; Caliber: 22; Type: PISTOL; S/N: XTM017241 |
| 24-04606 | 453 | Firearm; Manufacturer: GLOCK INC.; Model: 17GEN5; Caliber: 9; Type: PISTOL; S/N: BTWH835 |
| 24-04606 | 454 | Firearm; Manufacturer: Unknown Manufacturer; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0036053 |
| 24-04606 | 455 | Firearm; Manufacturer: Unknown Manufacturer; Model: 1858; Caliber: 44; Type: REVOLVER; S/N: None |
| 24-04606 | 457 | Firearm; Manufacturer: F.N. (FN HERSTAL); Model: FIVE-SEVEN; Caliber: 57; Type: PISTOL; S/N: 386137406 |
| 24-04606 | 458 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: 58J616723 |
| 24-04606 | 459 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: M11-A1; Caliber: 9; Type: PISTOL; S/N: 45A036711 |
| 24-04606 | 460 | Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: XD ELITE; Caliber: 9; Type: PISTOL; S/N: BF174908 |
| 24-04606 | 461 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY238207 |
| 24-04606 | 463 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PB001546 |
| 24-04606 | 464 | Firearm; Manufacturer: GLOCK INC.; Model: 27GEN4; Caliber: 40; Type: PISTOL; S/N: XRC960 |
| 24-04606 | 466 | Firearm; Manufacturer: Unknown Manufacturer; Model: MKII Trooper; Caliber: 357; Type: REVOLVER; S/N: L31165 |
| 24-04606 | 467 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY023942 |
| 24-04606 | 469 | Firearm; Manufacturer: KIMBER; Model: K6S; Caliber: 357; Type: REVOLVER; S/N: RV031923 |
| 24-04606 | 470 | Firearm; Manufacturer: GLOCK GMBH; Model: 23CGEN4; Caliber: 40; Type: PISTOL; S/N: VCN912 |
| 24-04606 | 473 | Firearm; Manufacturer: RUGER; Model: GP100; Caliber: 357; Type: REVOLVER; S/N: 175-61362 |
| 24-04606 | 475 | Firearm; Manufacturer: SMITH & WESSON; Model: 19-5; Caliber: 357; Type: REVOLVER; S/N: ADF9283 |
| 24-04606 | 478 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P320; Caliber: 40; Type: PISTOL; S/N: 58C341633 |
| 24-04606 | 480 | Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: NN06119 |
| 24-04606 | 481 | Firearm; Manufacturer: COLT; Model: KING COBRA; Caliber: 22; Type: REVOLVER; S/N: RA373387 |
| 24-04606 | 482 | Firearm; Manufacturer: GLOCK GMBH; Model: 20GEN5; Caliber: 10; Type: PISTOL; S/N: BXZN427 |
| 24-04606 | 484 | Firearm; Manufacturer: GLOCK INC.; Model: 17GEN5; Caliber: 9; Type: PISTOL; S/N: BTWH838 |
| 24-04606 | 485 | Firearm; Manufacturer: HECKLER AND KOCH; Model: P30SK; Caliber: 9; Type: PISTOL; S/N: 214-037781 |
| 24-04606 | 488 | Firearm; Manufacturer: COLT; Model: KING COBRA; Caliber: 357; Type: REVOLVER; S/N: RA272210 |
| 24-04606 | 490 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: 1911; Caliber: 45; Type: PISTOL; S/N: 54A013040 |
| 24-04606 | 491 | Firearm; Manufacturer: SMITH & WESSON; Model: M&P 9 M2.0; Caliber: 9; Type: PISTOL; S/N: NHW7673 |
| 24-04606 | 492 | Firearm; Manufacturer: SAUER, J. P. (SAUER & SOHN); Model: SAUER TROPHY; Caliber: 38; Type: REVOLVER; S/N: N00789 |
| 24-04606 | 493 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: PY339022 |
| 24-04606 | 494 | Firearm; Manufacturer: RUGER; Model: SR-556; Caliber: 556; Type: RIFLE; S/N: SN590-52520 |