# Exhibit 2

Exhibit 2

| Investigation Number | Item Number | Property Description |
| --- | --- | --- |
| 24-04606 | 391 | Firearm; Manufacturer: KIMBER; Model: PRO TLE II; Caliber: 45; Type: PISTOL; S/N: KR84702 |
| 24-04606 | 394 | Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: OPERATOR; Caliber: 45; Type: PISTOL; S/N: NM590601 |
| 24-04606 | 401 | Firearm; Manufacturer: Unknown Manufacturer; Model: CDPII; Caliber: 45; Type: PISTOL; S/N: KR63191 |
| 24-04606 | 414 | Firearm; Manufacturer: WINCHESTER; Model: 770; Caliber: 300; Type: RIFLE; S/N: G934919 |
| 24-04606 | 415 | Firearm; Manufacturer: BROWNING; Model: GOLD HUNTER; Caliber: 12; Type: SHOTGUN; S/N: F51NV16049 |
| 24-04606 | 416 | Firearm; Manufacturer: Unknown Manufacturer; Model: 293; Caliber: 44; Type: REVOLVER; S/N: AVD1613 |
| 24-04606 | 426 | Firearm; Manufacturer: GLOCK INC.; Model: 19GEN5; Caliber: 9; Type: PISTOL; S/N: BSCS904 |
| 24-04606 | 435 | Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: BRTM995 |
| 24-04606 | 440 | Firearm; Manufacturer: GLOCK INC.; Model: 19GEN5; Caliber: 9; Type: PISTOL; S/N: CAAS746 |
| 24-04606 | 468 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: K36950 |
| 24-04606 | 472 | Firearm; Manufacturer: COLT; Model: PYTHON; Caliber: 357; Type: REVOLVER; S/N: K64461 |
| 24-04606 | 476 | Firearm; Manufacturer: BLACKWATER FIREARMS (IRON HORSE FIREARMS LLC); Model: SENTRY 12; Caliber: 12; Type: SHOTGUN S/N: X20203138 |
| 24-04606 | 483 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P365; Caliber: 9; Type: PISTOL; S/N: 66B365907 |
| 24-04606 | 486 | Firearm; Manufacturer: HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BA706069 |